UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MUHAMMAD ZAHID CHAUDHRY, <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, Attorney General, <br><br> Respondent. | Nos. 20-70877 <br>       21-1160 <br><br> Agency No. A078-490-278 <br><br> ORDER |

The motion (Docket Entry No. 67 in No. 20-70877; Docket Entry No. 50 in No. 21-1160) for an extension of time to file the reply brief is granted in part. The court is not inclined to grant further extensions of time to file the optional reply brief.

The optional consolidated reply brief is due May 6, 2025.

If the reply brief is not filed by May 6, 2025, the case may be submitted on the briefs already on file.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT