UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 5 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MUHAMMAD ZAHID CHAUDHRY, Petitioner, v. PAMELA BONDI, Attorney General, Respondent. | Nos. 20-70877 <br> 21-1160 <br><br> Agency No. A078-490-278 <br><br> ORDER |

Petitioner's motion (Docket Entry No. 70 in No. 20-70877; Docket Entry No. 53 in No. 21-1160) for summary disposition is referred to the panel assigned to hear the merits of this petition.

Briefing is complete.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT